In the Matter of the Application of RALPH C. TOBIN and Others, Constituting the Board of Trustees of the Seventh Regiment Armory Building in the City of New York, Respondents, Appellants, for an Order of Mandamus against FIORELLA H. LAGUARDIA, as Mayor, and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Appellants, Respondents.— Order denying petitioners' motion for a peremptory order of mandamus, but granting the petitioners an alternative order of mandamus, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENDERSON H. CARSON, as Ancillary Committee of the Property within the State of New York of HENRY B. REED, an Incompetent Person, Respondent, v. ARCHIBALD M. FAUNTLEROY, Appellant.— Order denying defendant's motion for a bill of particulars unanimously modified by granting items 2, 3, 4, 7, 8, 9 and 10 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Verified bill of particulars to be served within ten days after service of order. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARIE STONE GALLAGHER, Appellant, v. EDWARD J. GALLAGHER, JR., Respondent. — Order denying plaintiff's motion for an order directing the calendar clerk of Special Term to remove cause from the Special Term calendar unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY STOKES PROCTER, Respondent, v. FREDERICK WILLIAM PROCTER, Appellant.— Order denying motion of defendant, appearing specially, to vacate warrant of attachment and to set aside service of summons and complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH TEITELBAUM, Administrator, etc., of LOUIS TEITELBAUM, Deceased, Respondent, v. SIEGFRIED STEINBERG and Another, Appellants.— Order granting plaintiff's motion to preclude unless defendants comply with a previous order for a bill of particulars of their affirmative defense unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.